7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Caleb NMN Taylor, Jr. ––ABOVE MED––
*Debtor*

*Bankruptcy Case No.*
15–43089–abf13

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04165–abf

v.

**Caleb NMN Taylor Jr.**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Based upon the undisputed allegations contained in the Complaint, the Court finds that the described unemployment insurance benefit indebtedness owed by Defendant Taylor to KDoL, which has an unpaid balance of in the amount of $6409.31 as of the end of November, 2015, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 1328. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Taylor.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
     Deputy Clerk

Date of issuance: 2/9/16

Court to serve